UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WYATT GEANS,

    Plaintiff,

v.

                                      Case No. 10-cv-13160
                                      Hon. Bernard A. Friedman

OXFORD BANK,

    Defendants.
_____/

| WYATT GEANS | WALTON & DONNELLY, P.C. |
|---|---|
| In Pro Per | By: Jonathan T. Walton, Jr. (P32969) |
| 11966 Stark Road | Patrick N. Butler (P58762) |
| Livonia, MI 48150 | 1550 Buhl Building |
| | 535 Griswold Street |
| | Detroit, MI 48226 |
| | (313) 963-8989 |

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that Patrick N. Butler and the law firm of Walton & Donnelly, P.C., hereby enter their appearance as counsel for Oxford Bank ("Oxford") and hereby request that all notices, papers and other communications, including without limitation all orders and notices of any application, motion, petition, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, electronically or otherwise, that Oxford is entitled to receive as Defendant in the above-entitled matter, be delivered to and served on Oxford in care of its attorneys at the address below.

                                      Respectfully submitted,

                                      WALTON & DONNELLY, P.C.

                                      <u>/s/ Patrick N. Butler</u>
                                      By: Jonathan T. Walton, Jr. (P32969)
                                      Patrick N. Butler (P58762)
                                      1550 Buhl Building
                                      535 Griswold Street
                                      Detroit, MI 48226
                                      (313) 963-8989
                                      Patrick.butler@waltondonnelly.com
DATED: August 30, 2010           Attorneys for Oxford Bank

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WYATT GEANS,

    Plaintiff,

v.

OXFORD BANK,

    Defendants.
_____/

Case No. 10-cv-13160
Hon. Bernard A. Friedman

| WYATT GEANS | WALTON & DONNELLY, P.C. |
|---|---|
| In Pro Per | By: Jonathan T. Walton, Jr. (P32969) |
| 11966 Stark Road | Patrick N. Butler (P58762) |
| Livonia, MI 48150 | 1550 Buhl Building |
| | 535 Griswold Street |
| | Detroit, MI 48226 |
| | (313) 963-8989 |

_____/

## CERTIFICATE OF SERVICE

I hereby certify that, on August 30, 2010, I electronically filed a Notice of Appearance and Request for Notice and this Certificate of Service, using the ECF system, which sent notice of filing to Wyatt Geans.

    Respectfully submitted,
    WALTON & DONNELLY, P.C.

    /s/ Patrick N. Butler
    By: Jonathan T. Walton, Jr. (P32969)
    Patrick N. Butler (P58762)
    1550 Buhl Building
    535 Griswold Street
    Detroit, MI 48226
    (313) 963-8989
    Patrick.butler@waltondonnelly.com
DATED: August 30, 2010    Attorneys for Oxford Bank