UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Wyatt Geans,

                    Plaintiff(s),

v.                                          Case No. 2:10–cv–13160–BAF –MAR
                                            Hon. Bernard A Friedman

Oxford Bank,

                    Defendant(s).

_____

### NOTICE OF MOTION HEARING

   You are hereby notified to appear before the Honorable Mark A. Randon at the United
States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit,
Michigan.  The following motion(s) are scheduled for hearing:

                    Motion for Sanctions – #14

   • MOTION HEARING:  10/26/10 at 10:00 AM

### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of
record were served.

                    By: s/ M Miles_____
                         Case Manager

Dated:   September 30, 2010