UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WYATT GEANS,

      Plaintiff,                                Civil Action No. 10-CV-13160

vs.                                          HON. BERNARD A. FRIEDMAN

OXFORD BANK,

      Defendant.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

           Magistrate Judge Mark A. Randon has submitted a report and recommendation ("R&R") in which he recommends that the court grant defendant's motion to dismiss [docket entry 10], deny plaintiff's motion for sanctions [docket entry 14], and deny plaintiff's motion for leave to amend [docket entry 22]. Neither party has filed objections to the R&R and the time for doing so has expired.

           Having reviewed the pleadings, the motion papers and the R&R, the court finds the magistrate judge's analysis and recommendation to be sound. Plaintiff's federal claims are clearly barred by the applications statutes of limitations, and his motions for sanctions and for leave to amend lack merit. Accordingly,

           IT IS ORDERED that the R&R is accepted and adopted as the findings and conclusions of the court.

           IT IS FURTHER ORDERED that defendant's motion to dismiss [docket entry 10]

is granted.

IT IS FURTHER ORDERED that plaintiff's motion for sanctions [docket entry 14] is denied.

IT IS FURTHER ORDERED that plaintiff's motion for leave to amend [docket entry 22] is denied.

S/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE

Dated: January 27, 2011
        Detroit, Michigan

I hereby certify that a copy of the foregoing document
was served upon counsel of record by electronic and/or first-class mail.

S/Carol Mullins
Case Manager to Judge Friedman

2